

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6050

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES SCOTT ALVA,<br><br>　　　　Defendant. | SEALED<br>CRIMINAL INDICTMENT<br><br>Case No.: 2:14-cr- 23<br><br>VIOLATIONS:<br>18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography;<br>18 U.S.C. §§ 2252A(a)(2) and (b) – Receipt of Child Pornography;<br>18 U.S.C. §§ 2252A(a)(1) and (b) – Transportation of Child Pornography; and<br>18 U.S.C. § 2251(d)(1)(A) – Advertising Child Pornography |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
**Possession of Child Pornography**

From an unknown date, to on or about February 15, 2012, in the State and Federal District of Nevada,

**JAMES SCOTT ALVA,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk and any other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce; had been shipped and transported in and affecting interstate and foreign commerce; and was produced using materials that had been

mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT TWO
### Receipt of Child Pornography

From an unknown date, to on or about February 15, 2012, in the State and Federal District of Nevada,

**JAMES SCOTT ALVA,**

defendant herein, did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; or that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## COUNT THREE
### Transportation of Child Pornography

On or about December 13, 2011, in the State and Federal District of Nevada,

**JAMES SCOTT ALVA,**

defendant herein, did knowingly mail, transport and ship any child pornography, or did knowingly attempt to mail, transport and ship any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce; or in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(1) and (b).

## COUNT FOUR
### Advertising of Child Pornography

On or about December 13, 2011, in the State and Federal District of Nevada,

**JAMES SCOTT ALVA,**

defendant herein, did knowingly make and publish, and cause to be made and published, any notice and advertisement offering to exchange, display, distribute and reproduce any visual depiction, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, and such notice and advertisement was transported using any means and facility of interstate commerce, and was transported in interstate commerce by any means including by computer, in violation of Title 18, United States Code, Section 2251(d)(1)(A).

## FORFEITURE ALLEGATION ONE
### Sexual Exploitation & Other Abuses of Children

1. The allegations contained in Counts One through Four of this Criminal Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2. Upon conviction of any felony offense charged in Counts One through Four of this Criminal Indictment,

**JAMES SCOTT ALVA**,

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251, 2252, and 2252A or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A:

1. Asus Laptop S#b1n0bc005721016;
2. 1 hard drive S#s13vjms602506;
3. 1 hard drive S#wcau49816119;
4. 1 hard drive S#9qg0977n;
5. 1 hard drive S#6qf2pbf9;
6. 1 hard drive S#s13pj90qb17877;

7. digital handy cam with video cass.;
8. 1 external drive S#f30ls1dd;
9. 1 hard drive S#y2akzg4e;
10. 1 hard drive S#wmaes3548980;
11. 1 hard drive S#y3kagb2e;
12. 1 hard drive S#y40aqwxe;
13. 1 hard drive S#wmanu1422721;
14. 11 computer disks;
15. 4 floppy disks;
16. 1 Kingston Thumb drive;
17. 1 hard drive S#l60bx9hh;
18. 1 DVD;
19. 1 Kingston SD card;
20. 1 hard drive S#kh320080138150;
21. 9 sd cards;
22. 2 mini usb thumb drives;
23. HP laptop;
24. 1 hard drive S#9qc2zz78;
25. 16 computer disks;
26. 196 computer disks;
27. computer tower;
28. paper warrant in the name of James Alva; and
29. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

All pursuant to Title 18, United States Code, Sections 2251, 2252, 2252A, and 2253(a)(1).

## FORFEITURE ALLEGATION TWO
### Sexual Exploitation & Other Abuses of Children

1. The allegations contained in Counts One through Four of this Criminal Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

4

2. Upon conviction of any felony offense charged in Count Ones through Four of this Criminal Indictment,

**JAMES SCOTT ALVA,**

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Sections 2251, 2252, and 2252A or any property traceable to such property:

1. Asus Laptop S#b1n0bc005721016;
2. 1 hard drive S#s13vjms602506;
3. 1 hard drive S#wcau49816119;
4. 1 hard drive S#9qg0977n;
5. 1 hard drive S#6qf2pbf9;
6. 1 hard drive S#s13pj90qb17877;
7. digital handy cam with video cass.;
8. 1 external drive S#f30ls1dd;
9. 1 hard drive S#y2akzg4e;
10. 1 hard drive S#wmaes3548980;
11. 1 hard drive S#y3kagb2e;
12. 1 hard drive S#y40aqwxe;
13. 1 hard drive S#wmanu1422721;
14. 11 computer disks;
15. 4 floppy disks;
16. 1 Kingston Thumb drive;
17. 1 hard drive S#l60bx9hh;
18. 1 DVD;
19. 1 Kingston SD card;
20. 1 hard drive S#kh320080138150;
21. 9 sd cards;
22. 2 mini usb thumb drives;
23. HP laptop;
24. 1 hard drive S#9qc2zz78;
25. 16 computer disks;
26. 196 computer disks;
27. computer tower;
28. paper warrant in the name of James Alva; and
29. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported,

mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

All pursuant to Title 18, United States Code, Sections 2251, 2252, 2252A, and 2253(a)(3).

**DATED:** this 21 day of January, 2014.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*Amber M. Craig*
AMBER M. CRAIG
Assistant United States Attorney