AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

9441012

| United States of America | ) |
| v. | ) |
| JAMES SCOTT ALVA | ) Case No. 2:14-cr- 23 |
| Defendant | ) |

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JAMES SCOTT ALVA

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252A(a)(5)(B) - Possession of Child Pornography
18 U.S.C. 2252A(a)(2) and (b) - Receipt of Child Pornography
18 U.S.C. 2252A(a)(1) and (b) - Transportation of Child Pornography
18 U.S.C. 2251(d)(1)(A) - Advertising Child Pornography

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

01/21/2014   Las Vegas, Nevada
DATE

FILED ☑ / ENTERED ___   RECEIVED ___ / SERVED ON ___
COUNSEL/PARTIES OF RECORD
JAN 29 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

RECEIVED
UNITED STATES MARSHAL
DISTRICT OF NEVADA
2014 JAN 21  PM 2 08

**Return**

This warrant was received on (date) 1/21/14 at (city and state) LAS VEGAS, NV, and the person was arrested on (date) 1/27/14

Date: 1/27/14

by _____
Arresting officer's signature

_____
Printed name and title