DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:14-cr-023-GMN-NJK** |
| Plaintiff, | |
| vs. | MOTION TO CONTINUE <br> GOVERNMENT'S DEADLINE TO <br> RESPOND TO DEFENDANT'S <br> MOTION TO SUPPRESS |
| JAMES SCOTT ALVA, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney,

and Amber M. Craig, Assistant United States Attorney, respectfully moves this Court to continue the

Government's deadline to respond to the Defendant's Motion to Suppress, currently scheduled for

October 24, 2014, for thirty days, or to a date and time to be set at the Court's convenience.

This motion is based on the following:

1. The parties were involved in plea negotiations that would have rendered the Motion

moot.  However, pretrial developments occurred that halted plea negotiations, including Ms.

Weksler's pending motion to withdraw as counsel, and Pretrial Services' advising the parties that a

petition to revoke the Defendant's pretrial release will be filed shortly.  As such, the Government

requests additional time to respond to the Motion.

2. Due to the pending motion to withdraw, defense counsel was unable to agree to a

continuance of the Government's response deadline.

1

1        3.   The additional time requested by this Stipulation is excludable in computing the time

2    within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

3    States Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United

4    States Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

5        4.   This is the first request for a continuance of the deadline filed herein.

6    DATED this 17th day of October, 2014.

7                          Respectfully Submitted,

8                          DANIEL G. BOGDEN
                      United States Attorney

9

10                         */s/ Amber M. Craig*
                      AMBER M. CRAIG
                      Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

***UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA***
**-oOo-**

4

UNITED STATES OF AMERICA,

5

                  Plaintiff,

**2:14-cr-023-GMN-NJK**

6

            vs.

<u>FINDINGS OF FACT, CONCLUSIONS
OF LAW, AND ORDER</u>

7

JAMES SCOTT ALVA,

8

                 Defendant.

<u>**FINDINGS OF FACT**</u>

9

Based upon the pending  motion  of counsel, and good cause appearing therefore, the

10

Court finds that:

11

1.  The parties were involved in plea negotiations that would have rendered the Defendant's

12

Motion to Suppress moot.  However, pretrial developments occurred that halted plea negotiations,

13

including Ms. Weksler's pending motion to withdraw as counsel, and Pretrial Services' advising the

14

parties that a petition to revoke the Defendant's pretrial release will be filed shortly.  As such, the

15

Government requests additional time to respond to the Motion.

16

2.  The additional time requested by this Motion is excludable in computing the time within

17

which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States

18

Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United States

19

Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

20

<u>**CONCLUSIONS OF LAW**</u>

21

The ends of justice served by granting said continuance outweigh the best interest of the

22

public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely

23

to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity

24

within which to be able to effectively and thoroughly prepare for trial, taking into account the

3

1    exercise of due diligence.

2        The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United

3    States Code, Sections 3161(h)(1)(A), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

4                                    **ORDER**

5        IT IS THEREFORE ORDERED that the Government's deadline to respond to the

6    Defendant's Motion to Suppress, currently scheduled for October 24, 2014, be vacated and

7    continued to the 24th day of November , 2014.

8        DATED this 20th day of October , 2014.

9

10                                    _____

11                                    HONORABLE NANCY J. KOPPE
                                     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24