UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-cr-00023-GMN-NJK |
| vs. | ORDER |
| JAMES SCOTT ALVA, | |
| Defendant. | (Docket Nos. 36, 37, 38, 39, 40, 41, 42, 43) |

On October 20, 2014, while represented by counsel, Defendant James Scott Alva filed eight separate motions to dismiss. Docket Nos. 36, 37, 38, 39, 40, 41, 42, 43. *See also* Docket No. 9 (Order appointing Federal Public Defender's Office as counsel for Defendant). A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 10-6.

Accordingly,

Defendant's motions to dismiss, Docket Nos. 36, 37, 38, 39, 40, 41, 42, 43, are hereby **DENIED**.

IT IS SO ORDERED.

DATED: October 20, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge