# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00023-GMN-NJK |
| vs. | ) | ORDER |
| JAMES SCOTT ALVA, | ) | |
| Defendant. | ) | (Docket No. 46) |

Pending before the Court is the United States' motion to strike numerous documents that Defendant filed *pro se* while represented by counsel. Docket No. 46.

A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 10-6.[1] *See also* Docket No. 9 (Order appointing Federal Public Defender's Office as counsel for Defendant).

Accordingly and for good cause shown,

The United States' motion to strike (Docket No. 46) is hereby **GRANTED**. The documents at Docket Nos. 36, 37, 38, 39, 40, 41, 42, 43, 44 and 45 shall be **STRICKEN**.

IT IS SO ORDERED.

DATED: October 20, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court previously denied Defendant's pro se motions to dismiss. *See* Docket No. 47. The United States now asks the Court to strike those motions, as well as two other docket entries filed *pro se* by Defendant, while represented by counsel. Docket No. 46.