# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-cr-00023-GMN-NJK |
| vs. | ORDER |
| JAMES SCOTT ALVA, | |
| Defendant. | (Docket No. 52) |

On October 21, 2014, while represented by counsel, Defendant James Scott Alva filed a motion to dismiss. Docket No. 52. *See also* Docket No. 9 (Order appointing Federal Public Defender's Office as counsel for Defendant). A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 10-6.

Accordingly,

Defendant's motion to dismiss, Docket No. 52, is hereby **DENIED** and shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: October 21, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge