# EXHIBIT LIST

Case No.: 2:14-cr-00023-GMN-NJK

USA v. JAMES SCOTT ALVA

Exhibits on behalf of Government

___ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 1 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Page 1 of 1

| DATE ADMITTED | DATE MARKED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 7/21/2015 | 7/21/2015 | 1 | Detective Lora Cody | Audio Recording of Alva's Interrogation. |
|  | 7/21/2015 | 2 | James Scott Alva | Transcript of Audio Recording of Alva's Interrogation. |