UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.:  2:14-cr-00023-GMN-NJK-1 |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| JAMES SCOTT ALVA, ) | **JUDGE NANCY J. KOPPE** |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 98) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered August 7, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by August 24, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that Defendant's Motion to Suppress Statements (ECF No. 20) be denied.  Therefore, the Court has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 98) is **ACCEPTED and ADOPTED in full.**  Defendant's Motion to Suppress Statements (ECF No. 20) is **DENIED**.

**DATED** this 24th day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court