# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | )  Case No. 2:14-cr-00023-GMN-NJK |
| vs. | )  ORDER SETTING HEARING |
| JAMES SCOTT ALVA, | )  (Docket No. 103) |
| Defendant. | ) |

Pending before the Court is Defendant's counsel's motion to withdraw.  Docket No. 103.  The Court hereby sets the motion for hearing on November 23, 2015, at 9:00 a.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: November 18, 2015.

_____

NANCY J. KOPPE
United States Magistrate Judge