1
2
3
4          **UNITED STATES DISTRICT COURT**
5          **DISTRICT OF NEVADA**
6
7   UNITED STATES OF AMERICA,                )
8                            Plaintiff,      )        Case No. 2:14-cr-00023-GMN-NJK
9   vs.                                      )        ORDER SETTING HEARING
10  JAMES SCOTT ALVA,                        )        (Docket No. 109)
11                           Defendant.      )
12  _____      )
13          Pending before the Court is Defendant's counsel's motion to withdraw.  Docket No. 109.  The
14  Court hereby sets the motion for hearing on March 1, 2016, at 2:00 p.m. in courtroom 3A.  Defendant
15  and his counsel are required to be present in the courtroom at the hearing.
16          IT IS SO ORDERED.
17          DATED: February 24, 2016.
18
19                                          _____
                                            NANCY J. KOPPE
20                                          United States Magistrate Judge
21
22
23
24
25
26
27
28