**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00023-GMN-NJK |
| vs. ) | ORDER SETTING HEARING |
| JAMES SCOTT ALVA, ) | (Docket No. 121) |
| Defendant. ) | |

Pending before the Court is Defendant's motion for appointment of counsel. Docket No. 121. The Court hereby sets the motion for hearing on May 9, 2016, at 11:00 a.m. in courtroom 3A. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: May 3, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge