# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:14-cr-00023-GMN-NJK |
| vs. ) | |
| ) | |
| JAMES SCOTT ALVA ) | |
| ) | |
| Defendant. ) | **ORDER** |

On May 9, 2016, this Court granted the defendant's motion for appointment of counsel, as stated on the record. Docket no. 123.

Accordingly, IT IS HEREBY ORDERED that Michael J. Miceli, Esq., is appointed as counsel for James Scott Alva for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Miceli forthwith.

DATED this   10th   day of May, 2016.

NUNC PRO TUNC DATE: May 9, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE