**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00023-GMN-NJK |
| vs. | ) | ORDER |
| JAMES SCOTT ALVA, | ) | |
| Defendant. | ) | (Docket Nos. 124, 128) |

On May 9, 2016, while represented by counsel, Defendant James Scott Alva filed a *pro se* motion to dismiss.  Docket No. 124.  On May 23, 2016, the United States filed a motion to strike Defendant's *pro se* motion.  Docket No. 128.  The United States further asks the Court to issue a standing order striking all future *pro se* filings made while Defendant is represented by counsel.  *Id*. at 2.

A party who is represented by counsel "cannot while so represented appear or act in the case."  LR IA 11-6(a).

Accordingly,

The United States' motion to strike, Docket No. 128, is **GRANTED** in part and **DENIED** in part.  Defendant's motion to dismiss, Docket No. 124, shall be **STRICKEN** from the docket.  The United States' request for a standing order is **DENIED**.

IT IS SO ORDERED.

DATED: May 23, 2016.

NANCY J. KOPPE
United States Magistrate Judge