1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00023-GMN-NJK |
| Plaintiff(s), ) | ORDER SETTING HEARING |
| vs. ) | |
| JAMES ALVA, ) | (Docket No. 138) |
| Defendant(s). ) | |

15       Pending before the Court is a motion to withdraw as attorney for Defendant James Alva.  Docket

16  No. 138.  The Court hereby **SETS** a hearing on the motion for 11:00 a.m. on June 29, 2016, in

17  Courtroom 3D.   Defendant and counsel must be present.

18       IT IS SO ORDERED.

19       DATED: June 22, 2016

20  _____
21  NANCY J. KOPPE
    United States Magistrate Judge
22
23
24
25
26
27
28