X  FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 21, 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-cr-00023-GMN-NJK |
| vs. | ) | |
| | ) | |
| JAMES SCOTT ALVA | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On July 20, 2016, Attorney Chris T. Rasmussen was appointed to represent James Scott Alva. The Court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Thomas A. Ericsson, Esq., is APPOINTED as defense counsel for James Scott Alva in place of Chris T. Rasmussen, Esq., for all future proceedings.

Either Mr. Rasmussen's Office or Mr. Miceli's Office shall forward the file to Mr. Ericsson forthwith.

DATED this   21st   day of July, 2016.

NUNC PRO TUNC DATE: July 19, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE