**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00023-GMN-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAMES SCOTT ALVA, ) | (Docket No. 157) |
| ) | |
| Defendant. ) | |

On July 21, 2016, the Court ordered a mental compentency evaluation of Defendant James Scott Alva, pursuant to 18 U.S.C. §§ 4241, 4242, and 4247. Docket No. 149. For good cause shown, the Court hereby **GRANTS** Warden L.J. Milusnic's request for an extension of Defendant's commitment to the Metropolitan Detention Center for the purpose of completing the ordered evaluation. Docket No. 157.

**IT IS ORDERED** that:

1. In accordance with 18 U.S.C. §§ 4241, 4242, and 4247, the Court extends Defendant's commitment for a period of 15 days, so that the Bureau of Prisons' psychology staff can complete the necessary evaluation previously ordered by the Court.

2. Defendant's commitment for the purpose of said evaulation commenced upon Defendant's arrival at the Metropolitan Detention Center, on September 15, 2016.

. . . .

. . . .

. . . .

. . . .

. . . .

3. The status hearing currently set for October 24, 2016, at 10:00 a.m. is **CONTINUED** to November 17, 2016, at 3:00 p.m., in Courtroom 3D.

IT IS SO ORDERED.

DATED: October 20, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge