# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-cr-00023-GMN-NJK |
| vs. | ORDER SETTING HEARING AND STRIKING DOCUMENTS |
| JAMES SCOTT ALVA, | |
| Defendant. | (Docket Nos. 159, 162, 163, 166) |

Pending before the Court is Defendant's counsel's motion to withdraw. Docket No. 166. The Court will address this motion during the hearing previously set in this case, on December 30, 2016, at 10:00 a.m., in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing.

Further, Defendant has filed *pro se* documents while represented by counsel. Docket Nos. 159, 162, 163. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a). Accordingly, Defendant's *pro se* filings, Docket Nos. 159, 162, 163, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: December 28, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge