**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES SCOTT ALVA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:14-cr-00023-GMN-NJK <br><br> ORDER <br><br> (Docket No. 178) |

On December 29, 2016, while represented by counsel, Defendant James Scott Alva filed a *pro se* notice regarding ZIP Code and letter regarding ID Removal Order. Docket Nos. 169, 170. On January 4, 2017, while represented by counsel, Defendant filed a *pro se* notice of non-consent and objection to minutes of proceedings. Docket Nos. 172, 173. On January 17, 2017, while represented by counsel, Defendant filed a *pro se* copy of his notice regarding ZIP Code. Docket No. 176. On January 19, 2017, Defendant filed a *pro se* motion for discovery under the Freedom of Information Act. Docket No. 177. On January 23, 2017, the United States filed a motion to strike Defendant's *pro se* filings. Docket No. 178. The United States notes that, while it does not object to any Freedom if Information Act request, it does object that the request is improperly submitted. *Id*. at 2 n.1.

A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

. . . .

. . . .

. . . .

. . . .

Accordingly,

The United States' motion to strike, Docket No. 178, is **GRANTED**. Defendant's *pro se* filings, Docket Nos. 169, 170, 172, 173, 176, 177, shall be **STRICKEN** from the docket. In the event Defendant chooses to make a request under the Freedom of Information Act, he shall properly submit said request.

IT IS SO ORDERED.

DATED: January 24, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge