**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. 2:14-cr-00023-GMN-NJK |
| ) vs. ) | ORDER |
| ) JAMES SCOTT ALVA, ) | (Docket No. 183) |
| ) Defendant. ) | |

On January 26, 2017, while represented by counsel, Defendant James Scott Alva filed a *pro se* motion to dismiss. Docket No. 183.

A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 183, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: February 1, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge