# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JAMES SCOTT ALVA, ) <br> ) <br> Defendant. ) <br> ) | 2:14-cr-00023-GMN-NJK-1 <br><br><br><br> **ORDER** |

On August 25, 2017, this Court granted the Motion to Withdraw as Attorney and to Appoint New Counsel (ECF No. 198).

Accordingly, IT IS HEREBY ORDERED that RICHARD E. TANASI, is APPOINTED as counsel for James Scott Alva in place of the Thomas Ericsson's Office for all future proceedings.

Thomas Ericsson's office shall forward the file to Mr. Tanasi forthwith.

DATED this ___29___ day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE