STEVEN W. MYHRE
Acting United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
ELHAM ROOHANI
Assistant United States Attorney
Nevada Bar No. 12080
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov
Elham.Roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00023-GMN-NJK |
| Plaintiff, | STIPULATION TO CONTINUE THE DEADLINES FOR OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 98) |
| vs. | |
| JAMES SCOTT ALVA | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and CHRISTOPHER BURTON and ELHAM ROOHANI, Assistant United States Attorneys, counsel for the United States of America, and RICHARD TANASI, ESQ., counsel for Defendant JAMES SCOTT ALVA, that the deadline for filing Objections to the Report and Recommendation (ECF No. 98) be extended to October 6, 2017.[1] It is further stipulated and agreed that the Government's

---

[1] The parties do not intend to extend the standard motions deadline by this stipulation, but only agree to extend the deadline for filing the objections to the Report and Recommendation docketed as ECF No. 98.

1

Response to Defendant's Objections will be due no later than five (5) days from the time the Objections are filed. This stipulation is entered into to provide counsel for defendant additional time within which to file his requested Objections and to provide the Government adequate time to respond prior to the trial currently scheduled for October 30, 2017. The expedited briefing schedule set forth above is requested because, since Defendant will not communicate with his attorney, defense counsel cannot waive his speedy trial rights without his authority at this time. This is the <u>first</u> stipulation to continue the deadline for filing Objections to the Report and Recommendation (ECF No. 98) and is intended to serve as an alternative to the response this Court ordered to Defendant's Motion to File Untimely Objections.

DATED this 3rd day of October, 2017.

|  | Respectfully submitted,<br>STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| //s//<br>RICH TANASI, ESQ.<br>Counsel for Defendant<br>JAMES SCOTT ALVA | //s//<br>CHRISTOPHER BURTON<br>ELHAM ROOHANI<br>Assistant United States Attorneys |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES SCOTT ALVA,<br><br>Defendant. | 2:14-cr-00023-GMN-NJK<br><br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to prepare contemplated objections to the Report and Recommendation that his Motion to Suppress be denied (ECF No. 98).

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effectively and completely litigate Defendant's pretrial Motion to Suppress.

4. This is the <u>first</u> stipulation to continue the deadline for filing objections to the Report and Recommendation (ECF No. 98).

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the deadline for filing objections to the Report and Recommendation (ECF No. 98).

# ORDER

IT IS THEREFORE ORDERED, that the Defendant shall have to and including October 6, 2017, to file objections to the Report and Recommendation (ECF No. 98).

IT IS FURTHER ORDERED, that the Government shall have five (5) days from the filing of the objections to file any responsive pleading.

IT IS FURTHER ORDERED, that no replies will be filed without leave of this Court. *See* LR IB 3-1

**IT IS FURTHER ORDERED**, that Defendant's Motion to File Objections, (ECF No. 220), is **DENIED as moot**.

DATED __10__ day of October, 2017.

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE