# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-cr-00023-RCJ-NJK |
| vs. | ORDER |
| JAMES SCOTT ALVA, | |
| Defendant. | (Docket Nos. 209, 211, 237) |

On September 11, 2017 and September 13, 2017, while represented by counsel, Defendant James Scott Alva filed 2 *pro se* documents. Docket Nos. 209, 211. On October 21, 2017, the United States filed a motion to strike Defendant's *pro se* filings. Docket No. 237. The United States further asks the Court to issue a standing order striking all future *pro se* filings made while Defendant is represented by counsel. *Id*. at 2.

A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, the United States' motion to strike, Docket No. 237, is **GRANTED** in part and **DENIED** in part. Defendant's *pro se* filings, Docket Nos. 209 and 211, shall be **STRICKEN** from the docket. The United States' request for a standing order is **DENIED**.

IT IS SO ORDERED.

DATED: October 23, 2017.

NANCY J. KOPPE
United States Magistrate Judge