

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 2:14-CR-0023-RCJ-NJK |
| Plaintiff(s), ) | ORDER OF THE COURT |
| vs. ) | |
| JAMES SCOTT ALVA ) | |
| Defendant(s). ) | |

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this 19th day of January, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE